

Phone: (315) 471-3151
Fax: (315) 471-3167
www.hancocklaw.com

1500 MONY Tower I • PO Box 4976 • Syracuse, NY 13221

June 10, 2005

**VIA ELECTRONIC FILING**
Hon. David N. Hurd
United States District Judge
Northern District of New York
300 Alexander Prinie Federal Building
10 Broad Street
Utica, New York 13501

    Re:    ***Rome Ambulatory Surgery Center, LLC v. Rome Memorial Hospital, Inc.***
              ***and Greater Rome Affiliates, Inc.***
              *Civil Action No.: 5:01-CV-023 (DNH/GJD)*

Dear Judge Hurd:

    We enclose a Stipulation of Discontinuance in this matter. If it meets with the Court's approval, will you kindly sign and direct its filing on the Court docket.

    Thank you for your consideration.

                        Respectfully submitted,

                        **HANCOCK & ESTABROOK, LLP**

                        Thomas C. Buckel, Jr.

TCB,Jr./pac
Enclosure

cc:    William Kopit, Esq. (w/enc.)

{H0476599.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

ROME AMBULATORY SURGERY CENTER, LLC,

                                                      Plaintiff,

-vs-                                                  Civil Action No.:
                                                       5:01-CV-023
ROME MEMORIAL HOSPITAL, INC. and           (DNH/GJD)
GREATER ROME AFFILIATES, INC.,

                                                    Defendants.

---

### STIPULATION OF DISCONTINUANCE BECAUSE OF SETTLEMENT

1.    The parties to this action have reached a settlement.

2.    Under the terms of the settlement, this action will be dismissed with prejudice. Neither side acknowledges liability or fault to the other, but instead agrees to resolve this case on mutually acceptable terms in order to avoid the expense and uncertainty of litigation.

3.    Each party may retain all documents, and any copies of them, obtained from other parties in the course of discovery, and all summaries of that material; but such material must be retained in confidence subject to the revised Protective Order dated October 24, 2002, or otherwise destroyed.

{H0463542.1}                                                    1

4. All documents currently filed under seal in this action shall remain filed under seal.

5. The terms and conditions upon which the parties agreed to settle this case shall be maintained in the strictest confidence by the parties and their insurers, attorneys, Board members, officers, employees and/or members.

6. The Court may enter an Order of Dismissal accordingly.

DATED: June 10, 2005

_William G. Kopit_ (signature)
William G. Kopit, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
Attorneys for Plaintiff
Office and P.O. Address
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175
Tel. (202) 861-0900

DATED: June _10_, 2005

_Thomas C. Buckel, Jr._ (signature)
Thomas C. Buckel, Jr., Esq.
**HANCOCK & ESTABROOK, LLP**
Attorneys for Defendants
Office and P.O. Address
1500 MONY Tower I, P.O. Box 4976
Syracuse, NY  13221-4976
Tel. (315) 471-3151

SO ORDERED:

_____
The Hon. David N. Hurd
United States District Court Judge